<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 03-1467

---

JOE L. WITHERSPOON, Personal Representative of
the Estate of Marie B. Robinson,

Plaintiff - Appellant,

versus

JEFFORDS AGENCY, INCORPORATED; ALLSTATE
INSURANCE COMPANY,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Senior District
Judge.  (CA-02-1831-4-12BH)

---

Submitted:  January 5, 2005          Decided:  February 18, 2005

---

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joe L. Witherspoon, Appellant Pro Se. Jon René Josey, TURNER,
PADGETT, GRAHAM & LANEY, PA, Florence, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joe L. Witherspoon, as personal representative of the Estate of Marie B. Robinson, appeals the district court's order dismissing Witherspoon's civil action without prejudice for failure to comply with the magistrate judge's order to retain counsel. We have reviewed the record as supplemented and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Witherspoon v. Jeffords Agency, Inc., No. CA-02-1831-4-12BH (D.S.C. Mar. 31, 2003); see also Shepherd v. Wellman, 313 F.3d 963, 970-71 (6th Cir. 2002); Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED